

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ASHLEY RAMIREZ, § No. 08-17-00122-CR

Appellant, § Appeal from the

v. § 205th District Court

THE STATE OF TEXAS, § of El Paso County, Texas

State. § (TC# 20160D01471)

§

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **November 20, 2017.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before November 20, 2017.

IT IS SO ORDERED this 24th day of October, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.